UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW HILLMAN, *et al.*,

                Plaintiffs,

v.

RINGLEADER DIGITAL, INC., *et al.*,

                Defendants.

Civil Action No. 1:10-cv-08315-JGK

**PLAINTIFFS' NOTICE OF MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT**

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN that, on March 14, 2011, at 9:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable John G. Koeltl, United States District Judge, in Courtroom 12B of the United States Courthouse located at 500 Pearl Street, New York, New York 10007, Plaintiffs will move this Court to grant approval of a proposed settlement in this consumer class action pursuant to Federal Rule of Civil Procedure 23(e).

Plaintiffs seek approval of the proposed class action settlement as fair, reasonable, and adequate. Plaintiffs' unopposed motion is based on this Notice of Motion, the accompanying Brief in Support of Motion for Approval of Class Action Settlement and authorities cited therein, the Declaration of David A. Stampley and exhibits attached thereto, oral argument of counsel, and any other matters submitted at the hearing or otherwise brought before the Court.

Dated: February 22, 2011

                Respectfully submitted,
                KamberLaw, LLC

                s/David A. Stampley
                _____

            By:  David A. Stampley
                  100 Wall Street, 23rd Floor
                  New York, New York 10005
                  Telephone: (212) 920-3072
                  Facsimile:  (212) 920-3081
                  dstampley@kamberlaw.com