```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
ANDREW HILLMAN, et al.,                    :
                        Plaintiffs,        :
                                           :
              -v-                          :   10 Civ. 8315 (DLC)
                                           :
RINGLEADER DIGITAL, INC., et al.,          :       ORDER
                        Defendants.        :
------------------------------------------ X
```

DENISE COTE, District Judge:

By Order dated March 22, 2011, the above-captioned Rule 23(b)(2) class action was consolidated with Aughenbaugh v. Ringleader Digital, Inc., 11 Civ. 1822 (the "Aughenbaugh Case"). By letter dated May 4, 2011, defendant Ringleader Digital, Inc. ("Ringleader") requested that the Court adjourn the Aughenbaugh Case initial status conference scheduled for May 20 at 12:00 p.m. On May 10, the Court received courtesy copies of the parties' fully submitted motion for settlement approval in a class action. Accordingly, it is hereby

ORDERED that Ringleader's request for an adjournment of the May 20, 2011 initial pretrial conference is granted.

IT IS FURTHER ORDERED that a conference will be held on May 19, 2011 at 2:00 p.m. in Courtroom 11B, 500 Pearl Street, at which the Court will review the parties' proposed Order Approving Class Action Settlement, Judgment, and Dismissal. The Court will also consider the attorneys' application for fees.

SO ORDERED:

Dated:   New York, New York
         May 17, 2011

                                    _____
                                            DENISE COTE
                                     United States District Judge