

**KamberLaw, LLC**

100 Wall Street, 23rd Floor
New York, NY 10005
t 212.920.3072  f 212.920.3081

www.kamberlaw.com

June 20, 2011

BY HAND





The Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Hillman, et al. v. Ringleader Digital, Inc., et. al.*, 10 Civ. 8315 (DLC);
*Charlie Aughenbaugh, et al., v. Ringleader Digital, Inc. et al.*, 11 Civ. 8322 *(DLC)*
Status of the Revised Proposed Order Regarding the Class Action Settlement, Judgment and Dismissal

Dear Judge Cote:

We represent Plaintiffs in the above-captioned, consolidated cases. We are writing to inform the Court of a development relevant to the parties' submission of a Revised Proposed Order Approving Class Action Settlement, Judgment, and Dismissal, as requested by the Court at the April 15 conference.

The parties have negotiated an agreement under the terms of which Plaintiffs would file a notice of dismissal of the matter. We were advised late Friday that there was a delay of the Ringleader Digital board of directors but hope to work around this delay and have a dismissal filed within the next day. Under these circumstances, we believe the need for a revised proposed order would be rendered moot and further action by the Court would not be required.

In light of this development, and with our respectful apologies to the Court for this delay, we are expressing to the Court our intent to file a Notice of Voluntary Dismissal by June 21. In addition, upon filing of the dismissal, we respectfully request that the conference scheduled for July 1 be removed from the Court's calendar.

Respectfully submitted,

David A. Stampley
One of the Attorneys for Plaintiffs

cc: *By E-Mail*
Jeremy R. Wilson (jeremy@wilsontrosclair.com)
Sherman William Kahn (skahn@mofo.com)
Lincoln D. Bandlow (lbandlow@lathropgage.com)
Edward P. Boyle (epboyle@venable.com)
Kostas D. Katsiris (kdkatsiris@venable.com)
Thomas Joseph Fitzgerald (tfitzgerald@lathropgage.com)

*[Handwritten note:]* The Clerk of Court shall close the case.

*Denise Cote*
June 21, 2011

New York / California